```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States.
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **ROY KRISTOFFER PAMINTUAN** ) | |
| ) | **Case No: 2:10-cv-01503-RLH-PAL** |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| **ERIC HOLDER, et al.,** ) | **MOTION TO PERMIT APPEARANCE** |
| ) | **OF GOVERNMENT ATTORNEY** |
| Defendants. ) | |
| ) | |
| ) | |

Pursuant to LR IA 10-3, the United States moves for the admission of Patricia Bruckner to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Bruckner is an attorney with the United States Department of Homeland Security, Civil Division, Office of Immigration Litigation, an agency of the federal government. Ms. Bruckner is a member in good standing of the Bar of the State of New York, State Bar Number 2632156.

...

...

Ms. Bruckner can be contacted/served at the following address:

    Office of Immigration Litigation, Civil Division
    U.S. Department of Justice
    PO Box 878
    Ben Franklin Station
    Washington, D.C. 20044
    Phone: (202) 532-4325
    Fax: (202) 616-8962
    E-mail: Patricia.Bruckner@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Ms. Bruckner to practice before this honorable Court.

DATED: October 18, 2010        Respectfully submitted,
                                      DANIEL G. BOGDEN
                                      United States Attorney

                                       /S/ CARLOS A. GONZALEZ
                                      Carlos A. Gonzalez
                                      Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Carlos A. Gonzalez, AUSA, certify that the following individual was served on this date by the below identified method of service:

**Case Management Electronic Case Filing**

Seth L Reszko
Reza Athari & Associates
6235 So. Pecos Rd.
Suite 108
Las Vegas, NV 89120
702-433-3529
Fax: 702-458-8508
Email: atharilaw@earthlink.net

DATED: October 18, 2010

/s/ Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney

-3-

DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| **ROY KRISTOFFER PAMINTUAN** | ) | |
| | ) | **Case No: 2:10-cv-01503-RLH-PAL** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| **ERIC HOLDER, et al.,** | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**This matter comes before this Court pursuant to LR IA 10-3 and Defendant's Motion to Permit Appearance of Government Attorney, which seeks an order permitting Ms. Patricia Bruckner to appear before this Court representing Defendants on behalf of the United States Department of Justice in all matters relating to the above-captioned case.**

**Ms. Bruckner is an attorney with the United States Department of Justice, an agency of the federal government. Ms. Bruckner is a member of good standing of the highest court**

-4-

of the State of New York, State Bar No. 2632156.

IT IS THEREFORE ORDERED that Ms. Bruckner is admitted to appear before this Court for all matters relating to the above-captioned case.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 1, 2010