TONY WEST
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Assistant Director, District Court Section
Office of Immigration Litigation
PATRICIA E. BRUCKNER NYSBN 2632156
Trial Attorney
Office of Immigration Litigation

    P.O. Box 868, Ben Franklin Station
    Washington, D.C.  20044
    Tel: (202) 532-4325
    Fax: (202) 616-8962

Attorneys for Respondents

SETH L. RESZKO
REZA ATHARI & ASSOCIATES, PLLC
A Multijurisdictional Law Office

    6235 S. Pecos Road, Suite 109
    Las Vegas, Nevada 89120
    Tel: (702) 433-3529
    Fax: (702) 458-8508

Attorney for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Roy Kristoffer PAMINTUAN, ) | No. 2:10-cv-01503-RLH-PAL |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| Eric HOLDER, U.S. Attorney General, ) | |
| <u>et al.</u>, ) | |
| ) | |
| Respondents. ) | |

**STIPULATION OF DISMISSAL**

Plaintiff and Defendants, by and through their respective undersigned counsel, stipulate

Stipulation of Dismissal
No. 2:10-CV-01503-RLH-PAL

to the dismissal of the above titled action without prejudice pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii).  All parties agree to bear their own costs and attorney's fees.

Respectfully submitted this 10th day of November, 2010,

TONY WEST
United States Department of Justice
Assistant Attorney General

ELIZABETH J. STEVENS
Assistant Director, District Court Section
Office of Immigration Litigation
Civil Division

/s/ Patricia E. Bruckner
PATRICIA E. BRUCKNER, NYSB 2632156
Trial Attorney, District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
(202) 532-4325
(202) 616-8962 (fax)
Patricia.Bruckner@usdoj.gov

Attorneys for Respondent


/s/ Seth L. Reszko
SETH L. RESZKO
REZA ATHARI & ASSOCIATES, PLLC
A Multijurisdictional Law Office
6235 S. Pecos Road, Suite 109
Las Vegas, Nevada 89120
Tel: (702) 433-3529
Fax: (702) 458-8508
Atharilaw@earthlink.net
Attorney for Petitioner

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**Dated: November 12, 2010**

Stipulation of Dismissal
No. 2:10-CV-01503-RLH-PAL

2